Evgenia Quaid, Pro Se
Randy Quaid, Pro Se
PO BOX 119 Bristol VT, 05443
(802) 453 7250. eliza.george@mail.be,



FILED
CLERK, U.S. DISTRICT COURT
8/18/23
CENTRAL DISTRICT OF CALIFORNIA
BY: ___CS___ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY QUAID, an individual ) | CV23-6850-JFW(JPRx) |
| EVGENIA QUAID, an individual ) | |
| ) | CONSPIRACY, |
| vs ) | MISUSE OF A POLICE DATA BASE, |
| CRAIG GRANET, TONY DAVIS, REGGIE) | ABUSE OF PROCESS, IDENTITY THEFT |
| SERRANO, JAMES HEPSWORTH, ) | |
| R SCOTT TURICCHI, ) | |
| LANNETTE TURICCHI, ) | |
| BRUCE BERMAN, SUSAN ) | |
| WILLIAMS, all individuals ) | |
| FIDELITY NATIONAL TITLE, ) | |
| INSURANCE COMPANY, ) | |
| SANTA BARBARA COUNTY, ) | |
| ALL PERSONS UNKNOWN ) | |
| AND KNOWN, CLAIMING ANY LEGAL ) | |
| OR EQUITABLE RIGHT, TITLE, ESTATE,) | |
| LIEN, OR INTEREST IN THE PROPERTY ) | |
| DESCRIBED IN THE COMPLAINT ) | |
| ADVERSE TO PLAINTIFFS' TITLE, OR ) | |
| ANY CLOUD ON PLAINTIFFS' TITLE ) | |
| THERETO,; AND DOES ONE through ) | |
| FIFTY, inclusive, ) | |
| ) | |
| defendants ) | |

1

On or about June 7th 2023 the defendants all took part in a racketeering conspiracy to misuse a police data base for the sole purpose of gaining advantage in a civil case, illegally retrieving the Quaids' police arrest records out of the Santa Barbara police database to pass them around for an unofficial, invalid purpose to persons not authorized to receive said records.  Allowing unauthorized individuals to possess and to see a party's confidential information from police database records is illegal. "The warrant system and due diligence is not releasable to the public.  It is for Law enforcement only." This  crime is tracked and prosecuted by the California DOJ and FBI.

ARTICLE 6. Unlawful Furnishing of State Summary Criminal History Information [11140 - 11144]  *( Heading of Article 6 amended by Stats. 1975, Ch. 1222. )*

**Cal. Pen. Code § 11142**
*Penal Code sections 11142 and 13303 state: "Any person authorized by law to receive a record or information obtained from a record who knowingly furnishes the record or information to a person not authorized by law to receive the record or information is guilty of a misdemeanor."*

The defendants all benefited from the crime and conspiracy to commit the crime to the Quaids' detriment.  Making it especially egregious, all defendants knew the Quaids were also victims of the same crime committed by Beverly Hills police officer, Mark Arneson, and Hollywood private investigator, Anthony Pellicano, both of whom were investigated by the FBI and criminally convicted by the Department of Justice.  These two individuals were also sued civilly by numerous victims, setting precedent with many cases for damages, class cases and other civil cases.

For the instant civil case here to proceed, the standard of proof of the conspiracy is well documented between all the defendants and will be provided at trial.  All defendants conspired together to misuse the police database, a crime they

willingly and intentionally committed against the Quaids in an attempt to get away with the forgery of a deed to the Quaids' property in Montecito, California in Santa Barbara County, and to gain an unfair advantage in the perpetrators' civil case against the Quaids.

Defendant Bruce Berman and Susan Williams continue to steel Randy and Evgenia Quaids Identities using incorrect names and spellings of the Randy Quaid and Evgenia Quaid despite being warned and corrected not to do so especially in official documents they have no permission to do so in.

DATED: August 1, 2023

/s/<u>Randy Quaid</u>                                              /s/<u>Evgenia Quaid</u>
   Randy Quaid  Pro Se                                        Evgenia Quaid  Pro Se